United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A ASTURIAS,<br><br>    Petitioner,<br><br>    v.<br><br>DEAN BORDERS, Warden,<br><br>    Respondent. | Case No. 16-cv-02149-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 6 |

Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **October 31, 2016**. Within **thirty (30) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 6.

**IT IS SO ORDERED.**

Dated: 9/29/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge