UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A ASTURIAS,<br><br>           Petitioner,<br><br>    v.<br><br>DEAN BORDERS, Warden,<br><br>           Respodent. | Case No. 16-cv-02149-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 15 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **January 30, 2017**.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 1/3/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge