UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. ASTURIAS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　Respondent. | Case No. 16-cv-02149-HSG (PR)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL AND GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. Nos. 17, 18 |

Petitioner has filed a motion for appointment of counsel. This is petitioner's third request for appointment of counsel in this action. For the reasons stated in the Court's prior orders, petitioner's new request for appointment of counsel is DENIED.

Petitioner's request for an extension of time to file his traverse is GRANTED. Petitioner must file his traverse on or before **March 6, 2017**.

This order terminates Docket Nos. 17 and 18.

**IT IS SO ORDERED.**

Dated: 2/6/2017

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge