UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A ASTURIAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　Respondent. | Case No. 16-cv-02149-HSG (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/29/2017

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge