United States District Court
Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   RICARDO A. ASTURIAS,                    Case No. 16-cv-02149-HSG (PR)

12              Petitioner,

                                             **ORDER DENYING PETITIONER'S**
13        v.                                 **"MOTION FOR OBJECTION";**
                                             **ADDRESSING PENDING MOTIONS**
14   DEAN BORDERS, Warden,
                                             Re: Dkt. Nos. 31, 33, 34
15              Respondent.

16

17        On April 21, 2016, petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On December 29, 2017, the Court

19   denied the habeas petition on the merits, declined to issue a Certificate of Appealability, and

20   entered judgment in favor of respondent. Dkt. Nos. 23, 24. On April 17, 2018, the Court denied

21   petitioner's motion for relief from judgment. Dkt. No. 29. On April 20, 2018, the Ninth Circuit

22   denied petitioner's request for a certificate of appealability. Dkt. No. 30.

23        Now before the Court is petitioner's "motion for objection of order denying motion for

24   reconsideration" (Dkt. No. 31), which the Court construes as a second motion for relief from

25   judgment. So construed, the motion is DENIED. As with the prior motion, petitioner's current

26   motion fails to make the showing required under Federal Rule of Civil Procedure 60(b) or

27   otherwise to show good cause for reconsideration. Petitioner's request for an extension of time to

28   file a reply supporting his motion (Dkt. No. 33) is DENIED as unnecessary. Petitioner's "motion

1  to grant petitioner's habeas corpus due to respondent's defaults" (Dkt. No. 34), is DENIED.

2  Respondent's lack of response to petitioner's motions for relief from judgment do not constitute a

3  default.  *See* Fed. R. Civ. P. 55.

4  **The Clerk is instructed not to accept any further filings in this closed case.**

5  This motion terminates Dkt. Nos. 31, 33, and 34.

6  **IT IS SO ORDERED.**

7  Dated:  9/20/2018

8

9

10  HAYWOOD S. GILLIAM, JR.
United States District Judge